FILED
00 JAN 18 PM 2: 22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JIMMY TWILLEY, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-PT-1457-M |
| PAUL WHALEY, DIRECTOR ALABAMA DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

ENTERED
JAN 18 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 30, 1999, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on December 14, 1999, in which he states that *Brooks v. State*, 622 So. 2nd 447 (Ala. Crim. App. 1993), the Alabama Court of Criminal Appeals held that "the sex offender exception to section 14-9-41(h) supp 1992 is without rational basis and therefore a violation of Equal Protection Principles." Defendant Whaley's motion for summary judgment was granted because plaintiff failed to produce any evidence to show that the defendant he named, Paul Whaley, had anything to do with the determination of eligibility for, or the computation of good time credit. The case cited by plaintiff is inapplicable.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues


13

of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 17TH day of Jan., 2000.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE